```
QUIN DENVIR, Bar #49374
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
```

**OK/HAV**

Attorney for Defendant
PEDRO CARRILLO-CARDENAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr.S-05-085 DFL |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED]ORDER |
| v. ) | VACATING DATES, CONTINUING CASE |
| ) | AND EXCLUDING TIME |
| PEDRO CARRILLO-CARDENAS, ) | |
| Defendant. ) | Date: April 27, 2005 |
| ) | Time: 10:00 a.m. |
| _____ ) | Judge: Hon. David F. Levi |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason Hitt, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant PEDRO CARRILLO-CARDENAS, that the trial confirmation hearing scheduled for April 27, 2005, and the jury trial date scheduled for May 9, 2005 be vacated and the matter continued until May 12, 2005, for status conference.

This continuance is requested to permit discussion of and consideration of non-trial disposition of the case.

**IT IS FURTHER STIPULATED** that the time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 et. seq. be excluded from April 26, 2005 through May 12, 2005, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

The court is advised that counsel have conferred and Mr. Hitt has authorized Mr. Staniels to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

DATED: April 26, 2005         /S/ Jason Hitt
                              Jason Hitt
                              Assistant United States Attorney
                              Counsel for Plaintiff

DATED: April 26, 2005         /S/ Jeffrey L. Staniels
                              JEFFREY L. STANIELS
                              Assistant Federal Defender
                              Attorney for Defendant
                              PEDRO CARRILLO-CARDENAS

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

DATED: 4/29/2005

_____
DAVID F. LEVI
United States District Judge